**Motion Denied; Order filed August 3, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00972-CV

_____

## IN THE ESTATE OF ANNIE RUTH DANFORD, DECEASED

_____

**On Appeal from the Co Ct at Law No 2 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. PR36600**

_____

## ORDER

Appellee's motion to strike appellant's brief is **DENIED**.

Appellants are ordered to file a supplement to their appellants' brief filed May 11, 2017 containing sections complying with subsections h and k of Rule 38.1 of the Texas Rules of Appellate Procedure. Appellants' supplemental brief is to be filed by **August 18, 2017**.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.